IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ROBERT WILLIAM SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-085 |
| ) | |
| DEPUTY WARDEN VERONICA ) | |
| STEWART and DR INVESTIGATOR LT. ) | |
| BRANCH, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Indeed, in his response to the Report and Recommendation, Plaintiff conveys that he agrees with the Magistrate Judge's recommendation of dismissal of his retaliation claim and of all official capacity claims for monetary damages.[1] (Doc. no. 18.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claim for retaliation, as well as all official capacity claims for monetary damages. This case shall proceed as described in the Magistrate Judge's March 21, 2025 Order. (Doc. no. 15.)

SO ORDERED this 23rd day of April, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Although the Clerk of Court issued a deficiency notice because Plaintiff neglected to sign his response, (see doc. no. 20), this deficiency need not delay the Court in light of Plaintiff's agreement with the Report and Recommendation.