IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT WILLIAM SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 324-085 |
| | ) |
| DEPUTY WARDEN VERONICA STEWART and DR INVESTIGATOR LT. BRANCH, | ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's premature motion for summary judgment without prejudice. (Doc. no. 39.)

SO ORDERED this 15th day of August, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE