IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ROBERT WILLIAM SMITH,                    )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )          CV 324-085
                                         )
DEPUTY WARDEN VERONICA                   )
STEWART and DR INVESTIGATOR LT.          )
BRANCH,                                  )
                                         )
              Defendants.                )

_____

**O R D E R**

_____

Plaintiff, incarcerated at Telfair State Prison in Helena, Georgia, is proceeding *pro se* and *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment, (doc. no. 59), and attached a "Declaration of Tonja Keith" as Exhibit A in support of the motion, (doc. no. 59-3). However, the signature page for the declaration is blank; Tonja Keith did not sign or date the declaration. (Id. at 7.) Thus, the declaration does not comply with the requirements of 28 U.S.C. § 1746. See also Roy v. Ivy, 53 F.4th 1338, 1348 (11th Cir. 2022) (explaining statutory requirements under § 1746 include that "[t]he declarant must [] date and sign the document").

Because the lack of a signature appears to be an inadvertent error, the Court finds it appropriate to give Defendants an opportunity to submit a signed declaration. Accordingly, Defendants shall, within seven days of the date of this Order, file a declaration that is signed, dated, and otherwise complies with the applicable procedural rules for such documents.

SO ORDERED this 23rd day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA